This is to advise that on August 1, 2007

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 07-117

In action

Consol. Ct. No. 05-00308

Mittal Steel USA, Inc. (formerly
International Steel Group, Inc.),
(Plaintiff,)

v.

United States,
(Defendant,)

and

Union Steel Manufacturing Co., Ltd.,
Dongbu Steel Co., Ltd., Posco; and
Hyundai Hysco Co., Ltd.,
(Defendant Intervenors.)